## BEFORE THE UNITED STATES JUDICIAL
## PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: SunEdison, Inc. Litigation | MDL Docket No. _____ |

## <u>AMENDED PROOF OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions,

accompanying documents, and this Certificate of Service was served on July 28, 2016 to the

following:

| | |
|---|---|
| Ahmad R. Chatila<br>24931 Prospect Ave.<br>Los Altos Hills, CA 94022-5107 | Counsel has not yet noticed an appearance in E.D. Mo., Case No. 16-cv-00628<br><br>Service by First Class mail |
| Brian A. Wuebbels<br>11663 Osanna Lane<br>Highland, IL 62249-3953 | Counsel has not yet noticed an appearance in E.D. Mo., Case No. 16-cv-00628<br><br>Service by First Class mail |
| **Frank J. Johnson**<br>Johnson & Weaver, LLP<br>600 West Broadway, Suite 1540<br>San Diego, CA 92101<br>Telephone: 619-230-0063<br>Fax: 619-255-1856<br>FrankJ@JohnsonandWeaver.com | **Counsel for Interested Party**:<br>Abishek Agrawal,<br>N.D. Cal., Case No. 15-cv-04981 |
| **Shawn E. Fields**<br>Johnson & Weaver, LLP<br>600 West Broadway, Suite 1540<br>San Diego, CA 92101<br>Telephone: 619-230-0063<br>Fax: 619-255-1856<br>shawnf@JohnsonandWeaver.com | **Counsel for Interested Party**:<br>Abishek Agrawal,<br>N.D. Cal., Case No. 15-cv-04981 |

| | |
|---|---|
| **Michael I. Fistel, Jr.**<br>Johnson & Weaver, LLP<br>40 Powder Springs Street<br>Marietta, GA 30064<br>Telephone: 770-200-3104<br>Fax: 770-200-3101<br>MichaelF@JohnsonandWeaver.com | **Counsel for Interested Party**:<br>Abishek Agrawal,<br>N.D. Cal., Case No. 15-cv-04981 |

As set forth in the Proof of Service dated July 27, 2016, I previously caused service to be made on the following:

| | |
|---|---|
| Clerk of the Panel<br>United States Judicial Panel on<br>Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary<br>Building<br>One Columbus Circle, NE, Room G-255,<br>North Lobby<br>Washington, DC 20002-8041 | FEDEX: Overnight Delivery |
| Clerk of the Court<br>U.S. District Court for the<br>Eastern District of Missouri<br>111 South 10th Street<br>St. Louis, MO 63102<br>Phone: (314) 244-7900 | FEDEX: Overnight Delivery |
| Clerk of the Court<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>16th Floor, Room 1111<br>San Francisco, CA 94102<br>Phone: (415) 522-2000 | FEDEX: Overnight Delivery |
| Clerk of the Court<br>United States District Court<br>District of Maryland<br>101 West Lombard Street<br>Baltimore, MD 21201<br>Phone: (410) 962-2600 | FEDEX: Overnight Delivery |

| | |
|---|---|
| **James J. Rosemergy**<br>CAREY AND DANIS<br>8235 Forsyth Blvd<br>Suite 1100<br>Clayton, MO 63105<br>314-725-7700<br>Fax: 314-721-0905<br>Email: jrosemergy@careydanis.com | **Counsel for Plaintiff**:<br>Dina Horowitz,<br>E.D. Mo., Case No. 15-cv-01769 |
| **Norman E. Siegel**<br>STUEVE AND SIEGEL, LLP<br>460 Nichols Road<br>Suite 200<br>Kansas City, MO 64112<br>816-714-7100<br>Fax: 816-714-7101<br>Email: siegel@stuevesiegel.com | **Counsel for Plaintiff**:<br>The Zecher Family Group,<br>E.D. Mo., Case No. 15-cv-01769 |
| **J. Alexander Hood**<br>**Jeremy A. Lieberman**<br>POMERANTZ LLP<br>600 Third Ave.<br>20th Floor<br>New York, NY 10016<br>212-661-1100<br>Fax: 212-661-8665<br>Email: ahood@pomlaw.com<br>Email: jalieberman@pomlaw.com | **Counsel for Plaintiff**:<br>Kenneth J. Moodie,<br>E.D. Mo., Case No. 15-cv-01769<br><br> Darcy Church,<br>E.D. Mo., Case No. 16-cv-00628 |
| **Michael J. Flannery**<br>CUNEO AND GILBERT, LLP<br>7733 Forsyth Blvd.<br>Suite 1675<br>St. Louis, MO 63105<br>314-226-1015<br>Fax: 314-330-2771<br>Email: mflannery@cuneolaw.com | **Counsel for Plaintiff**:<br>Kenneth J. Moodie,<br>E.D. Mo., Case No. 15-cv-01769 |

| | |
|---|---|
| **J. Christopher Wehrle**<br>WEHRLE LAW LLC<br>7750 Clayton Road<br>Suite 102<br>St. Louis, MO 63117<br>314-614-4843<br>Email: chris@wehrlelaw.com | **Counsel for Plaintiff:**<br>Robert Kunz,<br>E.D. Mo., Case No. 15-cv-01769<br><br>Darcy Church,<br>E.D. Mo., Case No. 16-cv-00628 |
| **Charles N. Insler**<br>**Glenn E. Davis**<br>HEPLER BROOM<br>211 North Broadway<br>Suite 2700<br>St. Louis, MO 63102<br>314-241-6160<br>Fax: 314-241-6116<br>Email: cni@heplerbroom.com<br>Glenn.Davis@heplerbroom.com | **Counsel for Defendants:**<br>SunEdison, Inc., Ahmad Chatila,<br>E.D. Mo., Case No. 15-cv-01769<br><br><br>SunEdison, Inc., Board of Directors of<br>SunEdison, Inc., SunEdison, Inc. Investment<br>Committee, Ahmad R Chatila, Emmanuel T<br>Hernandez, Antonio R. Alvarez, Peter<br>Blackmore, Clayton C. Daley, Jr., Georganne C.<br>Proctor, Steven V Tesoriere, James B. Williams,<br>Randy H. Zwirn and Matthew Herzberg,<br>E.D. Mo., Case No. 16-cv-00076 |
| **Hille R. Sheppard**<br>SIDLEY AND AUSTIN<br>1 South Dearborn Street<br>Chicago, IL 60603<br>312-853-7850<br>Fax: 312-853-7036<br>Email: hsheppard@sidley.com | **Counsel for Defendants:**<br>SunEdison, Inc., Ahmad Chatila<br>E.D. Mo., Case No. 15-cv-01769 |
| **James F. Bennett**<br>Dowd Bennett LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, Missouri 63105<br>(314)889-7300 (Telephone)<br>jbennett@dowdbennett.com | **Counsel for Defendant:**<br>Peter Blackmore, E.D. Mo., Case No. 15-cv-01769 |
| **Jaime Allyson Bartlett**<br>**Sara B. Brody**<br>SIDLEY AUSTIN, LLP<br>555 California St.<br>Suite 2000<br>San Francisco, CA 94104<br>415-772-1228 | **Counsel for Defendants:**<br>Ahmad Chatila, Brian Wuebbels, Emmanuel<br>Hernandez, Antonio Alvarez, Clayton C. Daley,<br>Jr., Georganne Proctor, Steven V Tesoriere,<br>James B. Williams, Randy H. Zwirn,<br>E.D. Mo., Case No. 15-cv-01769 |

| | |
|---|---|
| Fax: 415-772-7400<br>Email: jbartlett@sidley.com<br>Email: sbrody@sidley.com | SunEdison Inc., Ahmad Chatila, Brian Wuebbels, Emmanuel Hernandez, Steven Tesoriere, Clayton Daley, Jr., James B. Williams, Georganne Proctor, Randy H. Zwirn<br>N.D. Cal. 16-cv-002265<br><br>SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Emmanuel T. Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tseoriere, James B. Williams, Randy H. Zwirn and Alejandro Hernandez,<br>N.D. Cal. 16-cv-002263<br><br>SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Troung, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, Randy Zwirn,<br>N.D. Cal. 16-cv-002264<br><br>SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Troung, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, Randy H. Zwirn,<br>N.D. Cal. 16-cv-002268<br><br>Brian Wuebbels, Ahmad Chatila, Martin Truong, Jeremy Avenier, N.D. Cal. 16-cv-02270<br><br>SunEdison, Inc., Brian Wuebbles, Ahmad Chatila, Martin Truong, Jeremy Avenier,<br>N.D. Cal. 16-cv-02272<br><br>SunEdison, Inc., Brian Wuebbles, Jeremy Avenier, Ahmad Chatila, Martin Truong,<br>N.D. Cal. 16-cv-02273<br><br>SunEdison, Inc., Ahmad Chatila, Jeremy Avenier, Martin Truong, Brian Wuebbels,<br>N.D. Cal. 15-cv-04981<br><br>SunEdison, Inc., Ahmad Chatila, Jeremy Avenier, Martin Truong, Brian Wuebbels,<br>N.D. Cal. 15-cv-05068 |

| | |
|---|---|
| | SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, Randy H. Zwirn N.D. Cal. 16-cv-02267<br><br>SunEdison, Inc., Ahmad Chatila, Jeremy Avenier, Martin Truong, Brian Wuebbels, N.D. Cal. 16-cv-02269 |
| **Norman Jeffrey Blears** SIDLEY AUSTIN LLP 1001 Page Mill Road Building 1 Palo Alto, CA 94304 650-565-7000 Fax: 650-565-7100 Email: nblears@sidley.com | **Counsel for Defendants**: SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, E.D. Mo., Case No. 15-cv-01769<br><br>SunEdison Inc., Ahmad Chatila, Brian Wuebbels, Emmanuel Hernandez, Steven Tesoriere, Clayton Daley, Jr., James B. Williams, Georganne Proctor, Randy H. Zwirn N.D. Cal. 16-cv-002265<br><br>SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Emmanuel T. Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tseoriere, James B. Williams, Randy H. Zwirn N.D. Cal. 16-cv-002263<br><br>SunEdison, Inc., Ahmad Chatila, Jeremy Avenier, Martin Truong, Brian Wuebbels, N.D. Cal. 15-cv-04981<br><br>SunEdison, Inc., Ahmad Chatila, Jeremy Avenier, Martin Truong, Brian Wuebbels, N.D. Cal. 15-cv-05068 |

| **Robin Eve Wechkin** | **Counsel for Defendants**: |
|---|---|
| Sidley Austin LLP<br>701 Fifth Avenue, 42nd Floor<br>Seattle, WA 98104<br>206-262-7680<br>Email: rwechkin@sidley.com | SunEdison Inc., Ahmad Chatila, Brian Wuebbels, Emmanuel Hernandez, Steven Tesoriere, Clayton Daley, Jr., James B. Williams, Georganne Proctor, Randy H. Zwirn<br>N.D. Cal. 16-cv-002265 |
| | SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Emmanuel T. Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tseoriere, James B. Williams, Randy H. Zwirn<br>N.D. Cal. 16-cv-002263 |
| | SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Troung, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, Randy Zwirn,<br>N.D. Cal. 16-cv-002264 |
| | SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Troung, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, Randy H. Zwirn,<br>N.D. Cal. 16-cv-002268 |

| | |
|---|---|
| **Sarah Alison Hemmendinger**<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>(415) 772-1200<br>Fax: (415) 772-7400<br>Email: shemmendinger@sidley.com | **Counsel for Defendants**:<br>SunEdison Inc., Ahmad Chatila, Brian Wuebbels,<br>Emmanuel Hernandez, Steven Tesoriere, Clayton<br>Daley, Jr., James B. Williams, Georganne<br>Proctor, Randy H. Zwirn<br>N.D. Cal. 16-cv-002265<br><br>SunEdison, Inc., Ahmad Chatila, Brian<br>Wuebbels, Martin Truong, Emmanuel T.<br>Hernandez, Antonio R. Alvarez, Clayton Daley,<br>Jr., Georganne Proctor, Steven Tseoriere, James<br>B. Williams, Randy H. Zwirn<br>N.D. Cal. 16-cv-002264<br><br>SunEdison, Inc., Ahmad Chatila, Jeremy Avenier,<br>Martin Truong, Brian Wuebbels,<br>N.D. Cal. 15-cv-04981<br><br>SunEdison, Inc., Ahmad Chatila, Jeremy Avenier,<br>Martin Truong, Brian Wuebbels,<br>N.D. Cal. 15-cv-05068 |
| **Daniella Quitt**<br>**Robert I. Harwood**<br>**Tanya Korkhov**<br>HARWOOD FEFFER, LLP<br>488 Madison Avenue<br>Eighth Floor<br>New York, NY 10022<br>212-935-7400<br>Fax: 212-753-3630<br>Email: dquitt@hfesq.com<br>Email: rharwood@whesq.com<br>Email: tkorkhov@hfesq.com | **Counsel for Plaintiff**:<br>Alexander Y Usenko,<br>E.D. Mo., Case No. 16-cv-00076 |
| **Mark A. Potashnick**<br>WEINHAUS AND POTASHNICK<br>11500 Olive Boulevard<br>Suite 133<br>St. Louis, MO 63141<br>314-997-9150<br>Fax: 314-997-9170<br>Email: attorneymp@hotmail.com | **Counsel for Plaintiff**:<br>Alexander Y Usenko, Robert Linton,<br>E.D. Mo., Case No. 16-cv-00076 |

| | |
|---|---|
| **Don R. Lolli**<br>DYSART AND TAYLOR<br>4420 Madison Avenue<br>Suite 200<br>Kansas City, MO 64111<br>816-931-2700<br>Fax: 816-931-7377<br>Email: dlolli@dysarttaylor.com | **Counsel for Plaintiff**:<br>Richard Wheeler**,**<br>E.D. Mo., Case No. 16-cv-00076 |
| **Gregory M. Egleston**<br>**Thomas J. McKenna**<br>GAINEY MCKENNA & EGLESTON<br>440 Park Avenue South<br>New York, NY 10016<br>212-983-1300<br>Fax: 212-983-0380<br>Email: gegleston@gme-law.com<br>Email: tjmlaw2001@yahoo.com | **Counsel for Plaintiff**:<br>Richard Wheeler**,**<br>E.D. Mo., Case No. 16-cv-00076 |
| **Albert Y. Chang**<br>**Francis A. Bottini , Jr.**<br>JOHNSON BOTTINI, LLP<br>501 W. Broadway<br>Suite 1720<br>San Diego, CA 92101<br>858-914-2001<br>Fax: 858-914-2002<br>Email: achang@bottinilaw.com<br>Email: fbottini@bottinilaw.com | **Counsel for Plaintiff**:<br>Julie Dull**,**<br>E.D. Mo., Case No. 16-cv-00076 |
| **Richard B. Hein**<br>LAW OFFICE OF RICHARD B. HEIN<br>7750 Clayton Road<br>Suite 102<br>Clayton Plaza West<br>St. Louis, MO 63117<br>314-645-7900<br>Fax: 314-645-7901<br>Email: rhein@heinlegal.com | **Counsel for Plaintiffs**:<br>Julie Dull**,** Eric O'Day<br>E.D. Mo., Case No. 16-cv-00076 |
| **Timothy Jon Straub**<br>LEVI KORSINKY, LLP<br>30 Broad Street<br>24th Floor<br>New York, NY 10004<br>212-363-7500<br>Fax: 866-367-6510<br>Email: tstraub@zlk.com | **Counsel for Plaintiff**:<br>Robert Linton**,**<br>E.D. Mo., Case No. 16-cv-00076 |

| | |
|---|---|
| **James F. Bennett**<br>**John Rehmann , II**<br>DOWD BENNETT, LLP<br>7733 Forsyth Boulevard<br>Suite 1900<br>Clayton, MO 63105<br>314-889-7302<br>Fax: 314-863-2111<br>Email: jbennett@dowdbennett.com<br>Email: jrehmann@dowdbennett.com | **Counsel for Plaintiff**:<br>Peter Blackmore**,**<br>E.D. Mo., Case No. 16-cv-00076 |
| **John Jasnoch**<br>Scott + Scott LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>(619) 233-4565<br>Fax: (619) 233-0508<br>Email: jjasnoch@scott-scott.com | **Counsel for Plaintiffs**:<br>Charles Bloom, Sharon Burnstein,<br>N.D. Cal. 16-cv-002265<br><br>Juan M. Rodriguez Beltran, The Furia Investment Fund**,** N.D. Cal.15-cv-04981<br><br>Furia Investment Fund Ltd., N.D. Cal. 15-cv-05068 |
| **Joseph Vincent Halloran**<br>**Thomas L Laughlin , IV**<br>**Thomas L. Laughlin**<br>Scott and Scott, Attorneys at Law, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>40th Floor<br>New York, NY 10174<br>212 223-6444<br>Fax: 212 223-6334<br>Email: jvhalloran@scott-scott.com<br>Email: tlaughlin@scott-scott.com<br>Email: tlaughlin@scott-scott.com | **Counsel for Plaintiff**:<br>Juan M. Rodriguez Beltran, The Furia Investment Fund,<br>N.D. Cal.15-cv-04981<br><br>Furia Investment Fund Ltd.,<br>N.D. Cal. 15-cv-05068 |

| | |
|---|---|
| **Jie Li**<br>WilmerHale LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>650-600-5031<br>Fax: 650-858-6100<br>Email: lisa.li@wilmerhale.com | **Counsel for Defendants**:<br>Peter Blackmore<br>N.D. Cal. 16-cv-002263<br><br>Peter Blackmore,<br>N.D. Cal. 16-cv-002264<br><br>Peter Blackmore,<br>N.D. Cal. 16-cv-002265<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-002264<br><br>Terraform Global, Inc., Peter Blackmore,<br>N.D. Cal. 16-cv-002268<br><br>Pyramid Holdings, Inc.,<br>N.D. Cal.15-cv-05068<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02270<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02272<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02273<br><br>Terraform Global, Inc., Peter Blackmore,<br>N.D. Cal. 16-cv-02267<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02269 |

| | |
|---|---|
| **Michael G. Bongiorno**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>212-230-8800<br>Email:<br>michael.bongiorno@wilmerhale.com | Counsel for Defendants:<br>Peter Blackmore,<br>N.D. Cal. 16-cv-002265<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-002264<br><br>Terraform Global, Inc., Peter Blackmore,<br>N.D. Cal. 16-cv-002268<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02270<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02272<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02273<br><br>Terraform Power, Inc.,<br>D. Md., 16-cv-00981<br><br>Pyramid Holdings, Inc.,<br>N.D. Cal.15-cv-05068<br><br>Terraform Global, Inc., Peter Blackmore,<br>N.D. Cal. 16-cv-02267<br><br>Terraform Global, Inc.,<br>N.D. Cal. 16-cv-02269 |

| **Timothy J. Perla** | **Counsel for Defendant**s: |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr | Peter Blackmore, |
| 60 State Street | N.D. Cal. 16-cv-002265 |
| Boston, MA 02109 | |
| 617-526-6000 | Terraform Global, Inc., |
| Fax: 617-526-5000 | N.D. Cal. 16-cv-002263 |
| Email: timothy.perla@wilmerhale.com | |
| | Terraform Global, Inc., |
| | N.D. Cal. 16-cv-002264 |
| | |
| | Terraform Global, Inc., Peter Blackmore, |
| | N.D. Cal. 16-cv-002268 |
| | |
| | Pyramid Holdings, Inc., |
| | N.D. Cal.15-cv-05068 |
| | |
| | Terraform Global, Inc., |
| | N.D. Cal. 16-cv-02270 |
| | |
| | Terraform Global, Inc., |
| | N.D. Cal. 16-cv-02272 |
| | |
| | Terraform Global, Inc., |
| | N.D. Cal. 16-cv-02273 |
| | |
| | Terraform Power, Inc., |
| | D. Md., 16-cv-00981 |
| | |
| | Terraform Global, Inc., Peter Blackmore, N.D. Cal. 16-cv-02267 |
| | |
| | Terraform Global, Inc., |
| | N.D. Cal. 16-cv-02269 |

| | |
|---|---|
| **Darren Jay Robbins**<br>**James Ian Jaconette**<br>**Jennifer N. Caringal**<br>**Scott H. Saham**<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>619-231-1058<br>Fax: 619-231-7423<br>Email: e_file_sd@rgrdlaw.com<br>Email: jamesj@rgrdlaw.com<br>Email: JCaringal@rgrdlaw.com<br>Email: scotts@rgrdlaw.com<br>darrenr@rgrdlaw.com | **Counsel for Plaintiff**s:<br>Cobalt Partners, LP, Cobalt Partners II, LP,<br>Cobalt Offshore Master Fund, LP, Cobalt KC<br>Partners, LP,<br>N.D. Cal. 16-cv-002263<br><br>Glenview Capital Partners, L.P., Glenview<br>Institutional Partners, L.P., Glenview Capital<br>Master Fund, Ltd., Glenview Capital Opportunity<br>Fund, L.P., Glenview Offshore Opportunity<br>Master Fund, Ltd.,<br>N.D. Cal. 16-cv-002264<br><br>Omega Capital Investors, L.P., Omega Capital<br>Partners, L.P., Omega Equity Investors, L.P.,<br>Omega Overseas Partners, LTD,<br>N.D. Cal. 16-cv-002268<br><br>Oklahoma Firefighters Pension and Retirement<br>System,<br>N.D. Cal. 16-cv-02267 |

| | |
|---|---|
| **David William Hall**<br>**Dennis J. Herman**<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>415-288-4545<br>Fax: 415-288-4534<br>Email: dhall@rgrdlaw.com<br>Email: dennish@rgrdlaw.com | **Counsel for Plaintiffs**:<br>Cobalt Partners, LP, Cobalt Partners II, LP, Cobalt Offshore Master Fund, LP, Cobalt KC Partners, LP,<br>N.D. Cal. 16-cv-002263<br><br>Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, Ltd., Glenview Capital Opportunity Fund, L.P., Glenview Offshore Opportunity Master Fund, Ltd.<br>N.D. Cal. 16-cv-002264<br><br>Omega Capital Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P., Omega Overseas Partners, LTD,<br>N.D. Cal. 16-cv-002268<br><br>Cobalt Partners, LP, Cobalt Partners II, LP, Cobalt Offshore Master Fund, LP, Cobalt KC Partners, LP, Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, Ltd., Glenview Capital Opportunity Fund, L.P. Glenview Offshore Opportunity Master Fund, Ltd. , Omega Capital Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P. , Omega Overseas Partners, Ltd.,<br>N.D. Cal. 15-cv-04981<br><br>Oklahoma Firefighters Pension and Retirement System, N.D. Cal. 16-cv-02267 |
| **Michael G. Bongiorno**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>212-230-8800<br>Email:<br>michael.bongiorno@wilmerhale.com | **Counsel for Defendants**:<br>Peter Blackmore,<br>N.D. Cal. 16-cv-002263<br><br>Terraform Global, Inc.,<br>N.D. Cal. 15-cv-04981 |

| | |
|---|---|
| **Timothy J. Perla**<br>Wilmer Cutler Pickering Hale and Dorr<br>60 State Street<br>Boston, MA 02109<br>617-526-6000<br>Fax: 617-526-5000<br>Email: timothy.perla@wilmerhale.com | **Counsel for Defendant**:<br>Peter Blackmore,<br>N.D. Cal. 16-cv-002263 |

| | |
|---|---|
| **Patrick David Robbins**<br>**Jonah Platt Ross**<br>Shearman & Sterling LLP<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>415-616-1100<br>Fax: 415-616-1199<br>Email: probbins@shearman.com<br>Email: jonah.ross@shearman.com | **Counsel for Defendants**:<br>Goldman, Sachs & Co., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., MCS Capital Markets LLC**,**<br>N.D. Cal. 16-cv-002263<br><br>Barclays Capital Inc., BTG Pactual US Capital LLC**,** Citigroup Global Markets Inc., Credit Agricole CIB, Credit Suisse, Deutsche Bank Securities Inc., Goldman, Sachs, & Co., J.P. Morgan Securities LLC, Macquarie Capital (USA), Inc., MCS Capital Markets LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, Societe Generale, Santander and SMBC Nikko Securities America, Inc.,<br>N.D. Cal. 16-cv-002264<br><br>Goldman, Sachs & Co., J.P. Morgan Securities LLC, Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Macquarie Capital (USA), Inc., MCS Capital Markets, LLC,<br>N.D. Cal. 16-cv-002268<br><br>J.P. Morgan Securities, LLC, Barclays Capital Inc., Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, Goldman, Sach & Co., Merrill Lynch, Pierce, Fenner & Smith Inc., Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Itau BBA USA Securities, Inc., SMBC Nikko Securities Americas, Inc., SG Americas Securities, LLC, Kotak Mahindra, Inc.,<br>N.D. Cal. 16-cv-02270<br><br> J.P. Morgan Securities LLC, Barclays Capital Inc., Citigroup Markets Inc., Morgan Stanley & Co. LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Inc., Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, |

Itau BBA USA Securities, Inc., SMBC Nikko
Securities Americas, Inc., SG Americas
Securities, LLC, Kotak Mahindra, Inc.,
N.D. Cal. 16-cv-02272

 J.P. Morgan Securities LLC, Barclays Capital
Inc., Citigroup Markets Inc., Morgan Stanley &
Co. LLC, Goldman, Sachs & Co., Merrill Lynch,
Pierce, Fenner & Smith Inc., Deutsche Bank
Securities Inc., BTG Pactual US Capital LLC,
Itau BBA USA Securities, Inc., SMBC Nikko
Securities Americas, Inc., SG Americas
Securities, LLC, Kotak Mahindra, Inc., .D. Cal.
16-cv-02273

 J.P. Morgan Securities LLC, Barclays Capital
Inc., Citigroup Global Markets Inc**.,** Morgan
Stanley & Co. LLC, Goldman Sachs & Co.,
Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Deutsche Bank Securities Inc. ,
BTG Pactual US Capital, LLC, Itau BBA USA
Securities, Inc. , SMBC Nikko Securities
America, Inc., SG Americas Securities, LLC,
Kotak Mahindra, Inc**.**
N.D. Cal. 15-cv-04981

 J.P. Morgan Securities LLC, Barclays Capital
Inc., Citigroup Global Markets Inc., Morgan
Stanley & Co. LLC, Goldman Sachs & Co. ,
Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Deutsche Bank Securities Inc. ,
BTG Pactual US Capital, LLC, Itau BBA USA
Securities, Inc., SMBC Nikko Securities
America, Inc., SG Americas Securities, LLC,
Kotak Mahindra, Inc.
N.D. Cal. 15-cv-05068

 Goldman, Sachs & Co., J.P. Morgan Securities
LLC, Barclays Capital Inc., Citigroup Global
Markets Inc., Morgan Stanley & Co. LLC,
Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Deutsche Bank Securities Inc.,
BTG Pactual US Capital LLC, SMBC Nikko
Securities Americas, Inc., SG Americas
Securities, LLC, Kotak Mahindra, Inc. and Itau
BBA USA Securities, Inc.,

| | |
|---|---|
| | N.D. Cal. 16-cv-02267<br><br> J.P. Morgan Securities LLC, Barclays Capital Inc., Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Itau BBA USA Securities, Inc., SMBC Nikko Securities Americas, Inc., SG Americas Securities, LLC, Kotak Mahindra, Inc**.,**<br>N.D. Cal. 16-cv-02269 |
| **Adam S. Hakki**<br>**Daniel Craig Lewis**<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4906<br>Fax: 212-848-7179<br>Email: ahakki@shearman.com<br>Email: daniel.lewis@shearman.com | **Counsel for Defendants**:<br>Goldman, Sachs & Co., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., MCS Capital Markets LLC,<br>N.D. Cal. 16-cv-002263<br><br> Barclays Capital Inc., BTG Pactual US Capital LLC, **,** Citigroup Global Markets Inc., Credit Agricole CIB, Credit Suisse, Deutsche Bank Securities Inc., Goldman, Sachs, & Co., J.P. Morgan Securities LLC, Macquarie Capital (USA), Inc., MCS Capital Markets LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, Societe Generale, Santander and SMBC Nikko Securities America, Inc.,<br>N.D. Cal. 16-cv-002264<br><br> Goldman, Sachs & Co., J.P. Morgan Securities LLC, Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Macquarie Capital (USA), Inc., MCS Capital Markets, LLC,<br>N.D. Cal. 16-cv-002268 |

| | |
|---|---|
| **Daniel H. Bookin**<br>O'Melveny & Myers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8786<br>Fax: (415) 984-8701<br>Email: dbookin@omm.com | **Counsel for Defendant**:<br>Alejandro Hernandez,<br>N.D. Cal. 16-cv-002263<br><br>Alejandro Hernandez,<br>N.D. Cal. 16-cv-002264<br><br>Alejandro Hernandez,<br>N.D. Cal. 16-cv-002268<br><br>Alejandro Hernandez,<br>N.D. Cal. 16-cv-002267 |
| **Ismail Jomo Ramsey**<br>**Katharine Ann Kates**<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>510-548-3600<br>Fax: 510-291-3060<br>Email: izzy@ramsey-ehrlich.com.<br>Email: katharine@ramsey-ehrlich.com | **Counsel for Defendant**:<br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-002264<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-002268<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02270<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02272<br><br>Carlos Domenech Zornoza<br>N.D. Cal. 15-cv-04981<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 15-cv-05068<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02267<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02269 |

| | |
|---|---|
| **James L Tuxbury**<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109-1775<br>617-378-4162<br>Email: jtuxbury@hinckleyallen.com | **Counsel for Defendant**:<br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-002264<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-002268<br><br>Carlos Domenech Zornoza, ,<br>N.D. Cal. 16-cv-02270<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02272<br><br>Carlos Domenech Zornoza<br>N.D. Cal. 15-cv-04981<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 15-cv-05068<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02267<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02269 |

| | |
|---|---|
| **Kevin J. O'Connor**<br>**Rhiannon A Campbell**<br>Hinckley Allen Snyder<br>28 State Street<br>Boston, MA 02109<br>617-378-4394<br>Email: koconnor@hinckleyallen.com<br>Email: rcampbell@hinckleyallen.com | **Counsel for Defendant**:<br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-002264<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-002268<br><br>Carlos Domenech Zornoza, ,<br>N.D. Cal. 16-cv-02270<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02272<br><br>Carlos Domenech Zornoza<br>N.D. Cal. 15-cv-04981<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 15-cv-05068<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02267<br><br>Carlos Domenech Zornoza,<br>N.D. Cal. 16-cv-02269 |
| **Ian David Berg**<br>**Takeo A Kellar**<br>Abraham, Fruchter & Twersky, LLP<br>11622 El Camino Real<br>Suite 100<br>San Diego, CA 92130<br>858.764.2580<br>Fax: 858.764.2582<br>Email: iberg@aftlaw.com<br>Email: tkellar@aftlaw.com | **Counsel for Plaintiff**:<br>Pyramid Holdings, Inc.,<br>N.D. Cal. 15-cv-04981<br><br>Pyramid Holdings, Inc.,<br>N.D. Cal. 15-cv-05068 |
| **Cassandra L Porsch**<br>**Jack G. Fruchter**<br>**Mitchell M.Z. Twersky**<br>Abraham, Fruchter and Twersky, LLP<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>212-279-5050<br>Email: cporsch@aftlaw.com<br>Email: mtwersky@aftlaw.com<br>Email: jfruchter@aftlaw.com | **Counsel for Plaintiff**:<br>Pyramid Holdings, Inc,<br>N.D. Cal. 15-cv-05068 |

| | |
|---|---|
| **Ex Kano S. Sams , II**<br>Glancy Prongay & Murray LLP<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-201-9160<br>Email: esams@glancylaw.com | **Counsel for Interested Party**:<br>Simon Fraser,<br>N.D. Cal. 15-cv-04981 |
| **Jay Nabil Razzouk**<br>Robbins Arroyo LLP<br>600 B Street<br>Suite 1900<br>San Diego, CA 92101<br>619-525-3990<br>Fax: 619-525-3991<br>Email: jrazzouk@robbinsarroyo.com | **Counsel for Interested Party**:<br>Iron Workers Mid-South Pension Fund,<br>N.D. Cal. 15-cv-04981 |
| **Jay Nabil Razzouk**<br>**Brian J. Robbins**<br>**George Carlos Aguilar**<br>Robbins Arroyo LLP<br>600 B Street<br>Suite 1900<br>San Diego, CA 92101<br>619-525-3990<br>Fax: 619-525-3991<br>Email: jrazzouk@robbinsarroyo.com<br>Email: GAguilar@robbinsarroyo.com<br>Email: brobbins@robbinsarroyo.com | **Counsel for Plaintiff**:<br>Iron Workers Mid-South Pension Fund,<br>N.D. Cal. 16-cv-02270 |
| **Francis A. Bottini , Jr.**<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Avenue<br>Suite 102<br>La Jolla, CA 92037<br>858-914-2001<br>Fax: 858-914-2002<br>Email: fbottini@bottinilaw.com | **Counsel for Interested Party**:<br>Anton S. Badri,<br>N.D. Cal. 15-cv-04981 |

| | |
|---|---|
| **Francis A. Bottini , Jr.**<br>**Albert Y. Chang**<br>**Yury A. Kolesnikov**<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Avenue<br>Suite 102<br>La Jolla, CA 92037<br>858-914-2001<br>Fax: 858-914-2002<br>Email: fbottini@bottinilaw.com<br>Email: achang@bottinilaw.com<br>Email: ykolesnikov@bottinilaw.com | **Counsel for Plaintiff**:<br>Anton S. Badri,<br>N.D. Cal.16-cv-02269 |
| **Laurence M. Rosen**<br>The Rosen Law Firm, P.A.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>213-785-2610<br>Fax: 213-226-4684<br>Email: lrosen@rosenlegal.com | **Counsel for Interested Party**:<br>Mitesh Patel,<br>N.D. Cal.15-cv-04981 |
| **Laurence M Rosen**<br>The Rosen Law Firm. P.A.<br>355 South Grand Avenue<br>Suite 2450<br>Los Angeles, CA 90071<br>213-785-2610<br>Fax: 213-226-4684<br>Email: lrosen@rosenlegal.com | **Counsel for Plaintiff**:<br>Mitesh Patel,<br>ND Cal. 16-cv-02272 |
| **Ex Kano S. Sams , II**<br>**Lionel Z. Glancy**<br>**Robert Vincent Prongay**<br>Glancy Prongay & Murray LLP<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-201-9160<br>Email: esams@glancylaw.com<br>Email: info@glancylaw.com<br>Email: rprongay@glancylaw.com | **Counsel for Plaintiff**:<br>Fraser Simon,<br>N.D. Cal. 16-cv-02273 |

| | |
|---|---|
| **Daniel Stephen Sommers**<br>Cohen Milstein Sellers and Toll PLLC<br>1100 New York Ave NW Ste 500 East<br>Washington, DC 20005<br>12024084600<br>Fax: 12024084699<br>Email: dsommers@cohenmilstein.com | **Counsel for Plaintiff**:<br>John Chamblee, Clemens Schlettwein, Jerome Spindler,<br>D. Md., 16-cv-00981 |
| **Howard M Shapiro**<br>**Joel S. Green**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>12026636000<br>Fax: 12026636363<br>Email: Howard.Shapiro@wilmer.com<br>Email: joel.green@wilmerhale.com | **Counsel for Defendant**:<br>TerraForm Power, Inc.,<br>D. Md., 16-cv-00981 |
| **Lucy Heenan Ewins**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State St<br>Boston, MA 02109<br>6175266000<br>Email: lucy.ewins@wilmerhale.com | **Counsel for Defendant**:<br>TerraForm Power, Inc.,<br>D. Md., 16-cv-00981 |
| **Kevin Joseph O Connor**<br>Hinckley Allen<br>28 State St<br>Boston, MA 02109<br>6173784394<br>Fax: 6173459020<br>Email: bbarretto@hinckleyallen.com | **Counsel for Defendant**:<br>Carlos Domenech Zornoza,<br>D. Md., 16-cv-00981 |
| **Tonya Kelly Cronin**<br>Biran Kelly LLC<br>201 N Charles St Ste 2001<br>Baltimore, MD 21201<br>4106252500<br>Email: tkelly@birankelly.com | **Counsel for Defendant**:<br>Carlos Domenech Zornoza,<br>D. Md., 16-cv-00981 |

| | |
|---|---|
| **Shannon Barrett**<br>**Matthew Gill**<br>OMelveny and Myers LLP<br>1625 I St NW<br>Washington, DC 20006<br>12023835300<br>Fax: 12023835414<br>Email: sbarrett@omm.com<br>Email: mgill@omm.com | **Counsel for Defendant**:<br>Alejandro Hernandez,<br>D. Md., 16-cv-00981 |
| **Daniel H Bookin**<br>OMelveny and Myers LLP<br>Two Embarcado Center 28th Fl<br>San Francisco, CA 94111<br>4159848700<br>Fax: 4159848701<br>Email: dbookin@omm.com | **Counsel for Defendant**:<br>Alejandro Hernandez,<br>D. Md., 16-cv-00981 |
| KPMG LLP<br>345 Park Ave<br>New York, NY 10154 | Counsel has not yet noticed in appearance in E.D. Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |
| Goldman, Sachs & Co.<br>200 West Street<br>New York, N.Y. 10282 | Counsel has not yet noticed in appearance in E.D. Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |
| Merrill Lynch Pierce,<br>Fenner & Smith, Inc.<br>1 Bryant Park<br>New York, N.Y. 10036 | Counsel has not yet noticed in appearance in E.D. Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |
| Deutsche Bank Securities, Inc.<br>60 Wall Street<br>New York, N.Y. 10005 | Counsel has not yet noticed in appearance in E.D. Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |
| Morgan Stanley & Co. LLC<br>1585 Broadway<br>New York, N.Y. 10036 | Counsel has not yet noticed in appearance in E.D. Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |

| J.P. Morgan Securities LLC<br>277 Park Avenue<br>New York, N.Y. 10172 | Counsel has not yet noticed in appearance in E.D.<br>Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |
|---|---|
| Macquarie Capital (USA), Inc.<br>125 W. 55th St.<br>22nd Floor<br>New York, N.Y. 10019 | Counsel has not yet noticed in appearance in E.D.<br>Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |
| MCS Capital Markets LLC<br>9 West 57th St.<br>41st Floor<br>New York, N.Y. 10019 | Counsel has not yet noticed in appearance in E.D.<br>Mo., Case No. 15-cv-01769<br><br>Service by Hand Delivery |

DATED: July 28, 2016

*/s/ Salvatore J. Graziano*

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
Salvatore J. Graziano
Katherine M. Sinderson
Jake Nachmani
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
katiem@blbglaw.com
jake.nachmani@blbglaw.com

*Counsel for Lead Plaintiff Municipal Employees'
Retirement System of Michigan, Named Plaintiff the
Arkansas Teacher Retirement System and Lead
Counsel for the Class in the SunEdison Securities
Class Action*